# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIVA

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 20-cv-11233 RGK AS

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 12/10/2020

Date of judgment or order you are appealing: 01/06/2022

Docket entry number of judgment or order you are appealing: 110

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

(•) Yes ( ) No ( ) IFP was granted by U.S. District Court

---

**List all Appellants** *(List* ***each*** *party filing the appeal. Do not use "et al." or other abbreviations.)*

Plaintiff-Appellant Honey Bum, LLC

Is this a cross-appeal? ( ) Yes (•) No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ( ) Yes (•) No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

MCKOOL SMITH HENNIGAN, P.C.

300 South Grand Avenue, Suite 2900

City: Los Angeles State: CA Zip Code: 90071

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Jeffery D. McFarland **Date** Feb 4, 2022

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Plaintiff-Appellant Honey Bum, LLC

Name(s) of counsel (if any):

Jeffery D. McFarland (CA SBN 157628)
MCKOOL SMITH HENNIGAN, P.C.

Address: 300 South Grand Avenue, Suite 2900, Los Angeles, CA 90071

Telephone number(s): (213) 694-1200

Email(s): jmcfarland@mckoolsmithhennigan.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Defendant-Appellee Fashion Nova, Inc.
Defendant-Appellee Richard D. Saghian

Name(s) of counsel (if any):

Chad S. Hummel (CA SBN 139055)
Anna Tutundjian (CA SBN 309969)
SIDLEY AUSTIN LLP

Address: 1999 Avenue of the Stars, 17th Floor Los Angeles, CA 90067

Telephone number(s): (310) 595-9505

Email(s): chummel@sidley.com; atutundjian@sidley.com

*To list additional parties and/or counsel, use next page.*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit? (•) Yes ( ) No

---

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2022 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Jeffery D. McFarland*
McKOOL SMITH HENNIGAN
Jeffery D. McFarland
*Attorney for Plaintiff Honey Bum, LLC*