UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 28 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

HONEY BUM, LLC, a California limited liability company,

Plaintiff-Appellant,

v.

FASHION NOVA, INC., a California corporation; RICHARD D. SAGHIAN,

Defendants-Appellees,

and

DOES, 1 through 10,

Defendant.

No. 22-55150

D.C. No.
2:20-cv-11233-RGK-AS
Central District of California,
Los Angeles

ORDER

Before: KELLY,* M. SMITH, and COLLINS, Circuit Judges.

Counsel should be prepared to discuss at oral argument whether the portions of the record referencing Viva USA's partial shipment of a Honey Bum order (*see* 3 ER 543–46, 5 ER 1090–92) create a material dispute as to the existence of a contract pursuant to the provisions of the California Commercial Code applicable to sales of goods.

* The Honorable Paul J. Kelly, Jr., United States Circuit Judge for the U.S. Court of Appeals for the Tenth Circuit, sitting by designation.